BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00060-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $41,500.00 IN U.S. CURRENCY, | |
| Defendant | |

  It is hereby stipulated by and between the United States of America and claimant Luis Rosario ("claimant"), by and through their respective counsel, as follows:

  1. On or about January 24, 2014, claimant Luis Rosario filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $41,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 30, 2013.

  2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
2  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of
3  the parties.  That deadline is April 24, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to June 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 23, 2014.

Dated:   4/23/14                         BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


Dated:   4/23/14                          /s/ Edward E. Moukawsher
                                         EDWARD E. MOUKAWSHER
                                         Attorney for Claimant Luis Rosario

                                         Authorized via phone

**ORDER**

IT IS SO ORDERED.

Dated:  April 28, 2014

                                         _____
                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

Stipulation to Extend Time to File Complaint