BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $41,500.00 IN U.S. CURRENCY, <br><br> Defendant | 2:14-MC-00060-MCE-DAD <br><br> STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

     It is hereby stipulated by and between the United States of America and claimant Luis Rosario ("claimant"), by and through their respective counsel, as follows:

     1.     On or about January 24, 2014, claimant Luis Rosario filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $41,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 30, 2013.

     2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

     3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 24, 2014.

      4.      By Stipulation and Order filed April 29, 2014, the parties stipulated to extend to June 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 22, 2014.

Dated:    6/11/14                    BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney

Dated:    6/11/14                    /s/ Edward E. Moukawsher
                                     EDWARD E. MOUKAWSHER
                                   Attorney for Claimant Luis Rosario

                                   Authorized via phone

      IT IS SO ORDERED.

Dated:  June 24, 2014

                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT