BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00060-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $41,500.00 IN U.S. CURRENCY, | |
| Defendant | |

It is hereby stipulated by and between the United States of America and claimant Luis Rosario ("claimant"), by and through their respective counsel, as follows:

1.     On or about January 24, 2014, claimant Luis Rosario filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $41,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 30, 2013.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 24, 2014.

4.    By Stipulation and Order filed April 29, 2014, the parties stipulated to extend to June 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    By Stipulation and Order filed June 25, 2014, the parties stipulated to extend to August 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    By Stipulation and Order filed September 9, 2014, the parties stipulated to extend to October 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 20, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///

2

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 20, 2014.

Dated:     10/16/14                            BENJAMIN B. WAGNER
                                               United States Attorney

                                                /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated:     10/16/14                             /s/ Edward E. Moukawsher
                                               EDWARD E. MOUKAWSHER
                                               Attorney for Claimant Luis Rosario

                                               (Authorized via telephone)

///
////
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

### ORDER

Pursuant to the parties' October 16, 2014, Stipulation (ECF No. 8), the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture IS EXTENDED to November 20, 2014.

The four joint stipulations submitted in this case reflect that Edward E. Moukawsher is counsel for Claimant Luis Rosario.  See ECF Nos. 1, 3, 5, 8.  Edward E. Moukawsher is not admitted to practice in the Eastern District of California and should not represent any party in this court until he applies for and is admitted before the Eastern District of California. See Local Rule 180.  Prior to the filing of a fifth (or any additional) stipulations on behalf of Claimant Luis Rosario, Edward E. Moukawsher is ORDERED to comply with the Court's Local Rules.  Plaintiff United States of America is ORDERED to serve a copy of this Order on Edward E. Moukawsher.[1]

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] In the event that Plaintiff United States seeks a further extension of time for filing a complaint for forfeiture and/or to obtain an indictment alleging forfeiture and counsel for Claimant Luis Rosario is not yet admitted to practice before the Eastern District of California, Plaintiff may submit an ex parte request in lieu of a fifth joint stipulation.  Within the ex parte application, Plaintiff may indicate whether Claimant Luis Rosario opposes the further extension of time.

4